SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Gawfco Enterprises, Inc., Individually and d/b/a Broadway Tesoro, Individually and d/b/a Broadway 76; Mohammed N. Ahmadi; Nader Ahmadi; Nazem Ahmadi,<br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-01403-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF NADER AHMADI; NAZEM AHMADI AND ORDER**<br><br>Complaint Filed: JUNE 20, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Nader Ahmadi; Nazem Ahmadi) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Nader Ahmadi; Nazem Ahmadi) are dismissed because Plaintiff is unable to effect proper service.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 30, 2008 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: October 30, 2008 | /s/ John A. Mendez<br>HON. JOHN A. MENDEZ<br>U.S. DISTRICT JUDGE |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-01403-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com